1  JAMES P. KEMP, ESQUIRE
   Nevada Bar No. 006375
2  KEMP & KEMP, ATTORNEYS AT LAW
   7435 W. Azure Drive, Suite 110,
3  Las Vegas, NV  89130
   (702) 258-1183 tel./(702) 258-6983 fax
4  jp@kemp-attorneys.com
5  Attorney for Plaintiff TRUDE JOHNSON

6                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
7

8  TRUDE JOHNSON,                        CASE NO. 2:24-cv-00086-CDS-EJY

9                 Plaintiff              STIPULATION AND ORDER TO
                                         EXTEND TIME FOR PLAINTIFF TO
10 vs.                                   RESPOND TO DEFENDANT'S MOTION
                                         TO DISMISS
11 PAM SPECIALTY HOSPITAL OF LAS
   VEGAS LLC, a Pennsylvania Limited Liability
12 Company; Does I-X; Roe Corporations I-X,   (First Request)

13

14             Defendants

15

16     The parties, by and through their respective counsel, hereby stipulate to extend the

17 time for Plaintiff to respond to the Defendant's Motion to Dismiss (ECF No. 7) from the

18 current due date of Wednesday January 31, 2024 through and including ***Wednesday,***

19 ***February 7, 2024***.

20     This is the first request for an extension of this deadline.  The parties provide the

21 following information to the Court regarding the proposed extension of time:

22     1. Plaintiff's counsel is presently out of the country on vacation through

23        February 5, 2024.

24

25     2. Plaintiff's counsel has limited access to documents and the file and will not

26        be able to discuss certain aspects of the Motion with the Plaintiff until he

27        returns home.  Accordingly, the response to the Motion cannot be

28

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

1

completed and finalized until after February 5, 2024.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED January 31, 2024.

KEMP & KEMP, ATTORNEYS AT LAW          LITTLER MENDELSON, P.C.

By: ___/s/ James P. Kemp_____

                                               By: ___/s/Andrew S. Clark_____

    JAMES P. KEMP, ESQ.                            AMY L. THOMPSON, ESQ
    Nevada Bar No. 6375                            ANDREW S. CLARK, ESQ
    7435 W. Azure Drive, Suite 110                 3960 Howard Hughes Pkwy., Suite 300
    Las Vegas, Nevada 89130                      Las Vegas, NV 89169
    *Attorneys for Plaintiff*                          *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED, nunc pro tunc:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___February 2, 2024___

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983