JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP, Attorneys at Law
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUDE JOHNSON,<br><br>                     Plaintiff,<br>vs.<br><br>PAM SPECIALTY HOSPITAL OF LAS VEGAS LLC, a Pennsylvania Limited Liability Company; Does I-X; Roe Corporations I-X,<br>                     Defendants | CASE NO.: 2:24-cv-00086-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br>**(FIRST REQUEST)** |

The parties by and through their undersigned counsel of record stipulate to extend the Discovery Plan and Scheduling Order deadlines in this case for an additional sixty (60) days per the schedule set forth below.  This Stipulation is being entered in good faith and not for the purpose of delay.

I.   **STATUS OF DISCOVERY**

   **A.   PLAINTIFF'S DISCOVERY**

   1.   Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26 (a)(1) dated March 25, 2024.

   2.   Plaintiff's First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated April 18, 2024.

   3.   Plaintiff's Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated June 5, 2024.

4. Plaintiff's Answers to Defendant's First Set of Interrogatories dated May 21, 2024.

5. Plaintiff's Answers to Defendant's First Set of Requests for Production of Documents dated May 21, 2024.

6. Plaintiff's Requests for Documents to Defendant dated June 10, 2024.

7. Plaintiff's Interrogatories to Defendant dated June 10, 2024.

  B.    **DEFENDANTS' DISCOVERY**

1. Defendant's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated March 25, 2024.

2. Defendant's First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1) dated April 2, 2024.

3. Defendant served a subpoena duces tecum on the Nevada Equal Rights Commission on April 16, 2024.

4. Defendant served a subpoena duces tecum on Encompass Health Corporation on May 3, 2024.

5. Defendant served a subpoena duces tecum on the Nevada Department of Employment, Training, and Rehabilitation on May 3, 2024.

6. Defendant's First Set of Interrogatories to Plaintiff dated April 10, 2024.

7. Defendant's First Set of Requests for Production of Documents to Plaintiff dated April 10, 2024.

  C.    **DEPOSITIONS**

1. Defendant has noticed Plaintiff's deposition for July 23, 2024.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties need to schedule depositions of percipient witnesses and Plaintiff will take the deposition of the Defendant, pursuant to FRCP Rule 30(b)(6). Depending on what is discovered in depositions, the parties may potentially propound additional written discovery or

amend current written discovery responses. For the reasons explained below, the Parties will need additional time to propound written discovery, respond to written discovery, and conduct depositions.

### III. SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

Pursuant to Local Rule 26-3, the Parties acknowledge that a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause. This request is being submitted prior to 21 days before the current discovery cutoff date of July 15, 2024.

The Parties are proceeding in discovery, but certain factors including Plaintiff's counsel's own health concerns that caused a one week hospital stay in April 2024, and his associate's (also his sister) ongoing serious health conditions which have repeatedly put her in the hospital, has impacted Plaintiff's counsel's time and discovery in this and other cases, and has slowed or delayed discovery in this case as a consequence.

The Parties respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits. As the procedural history of this case illustrates, the Parties have been diligent in litigating this matter under the circumstances. The Parties intend to promptly engage in written discovery and to schedule the remaining depositions.

### IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DEADLINES

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | Expired | **Expired** |
| Initial Expert Disclosures | Expired | **Expired** |
| Rebuttal Expert Disclosures | June 15, 2024 | **Expired** |
| Discovery Cut-Off | July 15, 2024 | **September 13, 2024** |
| Dispositive Motions | August 14, 2024 | **October 14, 2024 (Oct** |

| | | 13 is a Sunday) |
|---|---|---|
| Pretrial Order | September 13, 2024 | **November 12, 2024** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

Based on the foregoing stipulation and proposed deadlines, the Parties respectfully request that the Discovery Plan and Scheduling Order deadlines be extended an additional SIXTY (60) days so the Parties may conduct their remaining written discovery and depositions.

DATED June 10, 2024.

KEMP & KEMP, ATTORNEYS AT LAW          LITTLER MENDELSON, P.C.

By:   /s/ James P. Kemp

                                      By:   /s/Andrew S. Clark

JAMES P. KEMP, ESQ.                                  AMY L. THOMPSON, ESQ
Nevada Bar No. 6375                                    ANDREW S. CLARK, ESQ
7435 W. Azure Drive, Suite 110                   3960 Howard Hughes Pkwy., Suite 300
Las Vegas, Nevada 89130                             Las Vegas, NV 89169
*Attorneys for Plaintiff*                                  *Attorneys for Defendant*

## **ORDER**

The above Stipulation is hereby granted.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  June 12, 2024

4

4876-6401-3255.1 / 101193-1028